**Chander KANT; Ashima K. Kant, Plaintiffs—Appellants,**

**v.**

**BREGMAN, BERBERT, SCHWARTZ & GILDAY, LLC; Daniel Rigterink, Defendants—Appellees.**

No. 06–1017.

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2006.

Decided: June 13, 2006.

Chander Kant, Ashima K. Kant, Appellants Pro Se. Geoffrey Townsend Hervey, Bregman, Berbert, Schwartz & Gilday, LLC, Bethesda, Maryland, for Appellees.

Before WILLIAMS, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chander Kant and Ashima Kant appeal the district court's order denying relief on their civil action and denying their Fed. R.Civ.P. 60(b) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Kant v. Bregman, Berbert, Schwartz & Gilday, LLC,* No. CA–04–3433–WMN (D. Md. July 5, 2005; Nov. 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*